**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA**

**CASE NO.:**

KESTON BELMONTES,

    Plaintiff,

vs.

BOTTLING GROUP, LLC,

    Defendant.

_____/

**DEFENDANT'S NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant, BOTTLING GROUP, LLC. ("Defendant"), by and through its undersigned counsel, hereby gives notice that the civil action identified as *Keston Belmontes v. Bottling Group, LLC, Case No. 2019-CA-002697-O*, currently pending in state court in the Ninth Judicial Circuit, in and for Orange County, Florida ("Ninth Judicial Circuit"), is removed to this Court without waiving any rights to which Defendant may be entitled, and states:

**I.  REMOVAL IS TIMELY**

1. On or about February 28, 2019, Plaintiff commenced this action against Defendant in the Ninth Judicial Circuit. On April 22, 2019, Defendant's counsel accepted a copy of the initial pleading setting forth the claim for relief upon which this action is based on Defendant's behalf. *See* e-mail dated April 22, 2019, attached hereto as Exhibit "A."

2. Pursuant to 28 U.S.C. §1446(b)(2)(B), this Notice of Removal is timely because it is filed within thirty (30) days after Defendant received a copy of the initial pleading setting forth the claim for relief upon which the above-captioned cause is based.

**II.  REMOVAL BASED ON FEDERAL QUESTION JURISDICTION IS PROPER**

3. Pursuant to 28 U.S.C. §1331, this is a civil action brought in a state court of which the district courts of the United States have original jurisdiction because Plaintiff has alleged violations of federal law in his Complaint. *See* Plaintiff's Complaint, attached hereto as Exhibit "B." Plaintiff has pled that Defendant: (i) discriminated against him on the basis of his race, in violation of the Civil Rights Act of 1866, 42 U.S.C § 1981 ("§ 1981"); and (ii) retaliated against him in violation of § 1981. Accordingly, removal of this action is proper under 28 U.S.C. §1441 because the civil action arises under the laws of the United States.

**III.  REMOVAL TO THE MIDDLE DISTRICT OF FLORIDA IS PROPER**

4. Pursuant to 28 U.S.C. §1446(a), the United Stated District Court for the Middle District of Florida, Orlando Division ("Middle District of Florida") is the judicial district and division embracing the Ninth Judicial Circuit, where this case was brought and is pending, and is therefore the proper district court and division to which this case must be removed.

**IV.  ALL REQUIREMENTS NECESSARY FOR REMOVAL HAVE BEEN MET**

5. Pursuant to 28 U.S.C. §1446(a), a copy of all process, pleadings, and orders that have to date been served upon Defendant are attached hereto as Exhibit "C."

6. There are no motions currently pending in this action in the Ninth Judicial Circuit. Accordingly, there are no pending motions or documents being filed along with this Notice of Removal, as would otherwise be required.

7. Pursuant to 28 U.S.C. §1446(d), promptly after the filing and service of this Notice of Removal, Defendant's Notice to Plaintiff of Removal will be served upon the following counsel for Plaintiff via email: Anthony M. Georges-Pierre, Esq., Max L. Horowitz, Esq., REMER & GEORGES-PIERRE, PLLC, 44 West Flagler Street, Suite 2200, Miami, FL 33130, pmh@rgpattorneys.com; mhorowitz@rgpattorneys.com.

8. Further, pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal, along with Defendant's Notice to Plaintiff of Removal, will be filed with the Clerk of the Court for the Ninth Judicial Circuit. *See* Notice of Removed Action, attached as Exhibit "D."

WHEREFORE, Defendant respectfully gives notice of the removal of this action currently pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida to the United States District Court for the Middle District of Florida.

Respectfully submitted this 20th of May, 2019,

                              **FORDHARRISON LLP**

                              */s/Fabian A. Ruiz*
                              Reynaldo Velazquez, Esq.
                              Florida Bar No. 69779
                              rvelazquez@fordharrison.com
                              Fabian A. Ruiz, Esq.
                              Florida Bar No. 117928
                              fruiz@fordharrison.com
                              One S.E. 3rd Avenue, Suite 2130
                              Miami, FL  33131
                              Telephone: (305) 808-2115
                              Facsimile: (305) 808-2101
                              *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that on May 20, 2019, I electronically filed the foregoing document with the Clerk for the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## **SERVICE LIST**

Anthony M. Georges-Pierre, Esq.
agp@rgpattorneys.com
Max L. Horowitz, Esq.
mhorowitz@rgpattorneys.com
REMER & GEORGES-PIERRE, PLLC
44 West Flagler Street, Suite 2200
Miami, FL 33130
Telephone: 305-416-5000
Fax: 305- 416-5005

**FORDHARRISON LLP**

*/s/ Fabian A. Ruiz*
Fabian A. Ruiz

WSACTIVELLP:10538076.1